So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J. 3/23/22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

              Plaintiffs,

       -against-

CAVALLARO MEDICAL SUPPLY, INC.,
YEVGENIY OVSYANNIKOV, and JOHN DOE
DEFENDANTS 1-10,

             Defendants.
------------------------------------X

Index No.: 1:21-cv-06757-ARR-PK

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants, Cavallaro Medical Supply, Inc. and Yevgeniy Ovsyannikov (collectively, "Defendants") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of this action, all claims asserted by the Plaintiffs against the Defendants are hereby discontinued, without prejudice. Each party shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action. This stipulation may be filed without any further notice with the Clerk of the Court.

Dated: March 22, 2022

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ, CONROY & HACK, PC |
| By: _____ | By: _Matthew J. Conroy_ |
| Michael Vanunu, Esq. | Matthew J. Conroy, Esq. |
| Barry Levy, Esq. | 666 Old Country Road, Suite 900 |
| 926 RXR Plaza | Garden City, NY 11530 |
| Uniondale, New York 11556 | |
| | *Attorneys for Defendants, Cavallaro Medical Supply, Inc. and Yevgeniy Ovsyannikov* |
| *Attorneys for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | |